

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 7, 2021

<u>VIA ECF</u>
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Santos-Torres v. Houghton, et al.*, No. 21 Civ. 3210 (RA)

Dear Judge Abrams:

    This Office represents the government in the above-captioned matter brought under the Administrative Procedure Act. I write, with the consent of Plaintiff's counsel, to respectfully request that the initial pre-trial conference in this matter scheduled for July 16, 2021, and the associated July 9, 2021 deadline for the joint letter and proposed case management plan, be adjourned *sine die* in light of the government's pending motion to dismiss on the grounds that, among other things, this Court lacks subject matter jurisdiction over Plaintiff's complaint. *See* ECF Nos. 17, 18.

    This is the first request to adjourn the initial pre-trial conference in this case, and, as noted, Plaintiff's counsel consents to this request.

    I thank the Court for its consideration of this request.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        United States Attorney
                                        Southern District of New York

Application granted. The initial-pretrial conference is adjourned sine die.
SO ORDERED.

By:   */s/ Jessica F. Rosenbaum*
       JESSICA F. ROSENBAUM
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
_____
Ronnie Abrams, U.S.D.J.
July 8, 2021
       New York, New York 10007
       Telephone: (212) 637-2777
       E-mail: jessica.rosenbaum@usdoj.gov

cc: Jan H. Brown, Esq., Counsel for Plaintiff (via ECF)