**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SANDRO YOBANI SANTOS-TORRES,

                      Plaintiff,

-against-                                21 **CIVIL** 3210 (RA)

**JUDGMENT**

TIMOTHY J. HOUGHTON, et al.,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated January 31, 2022, Defendants' motion to dismiss the Amended Complaint is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      January 31, 2022

                                          **RUBY J. KRAJICK**

                                                **Clerk of Court**
                    **BY:**            *K. Mango*
                                                **Deputy Clerk**